

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 97-CR-141-BU |
| LANCE DAVID SMITH, | ) |
| Defendant. | ) |

**FILED APR 1 5 2002 Phil Lombardi, Clerk U.S. DISTRICT COURT**

## RELEASE OF LIEN

The United States of America by DAVID E. O'MEILIA, United States Attorney for the Northern District of Oklahoma, through Phil Pinnell, Assistant United States Attorney, states that on April 30, 1998, a Criminal Judgment was rendered against Lance David Smith, in the amount of $21,585.75. A notice of lien based thereon was filed on May 20, 1998, Tulsa County, Oklahoma, in Book 6053 at Page 1742.

The United States of America does hereby release the lien filed on May 20, 1998, in Book 6053 at Page 1742 against Lance David Smith.

DATED this 15th day of April, 2002.

UNITED STATES OF AMERICA

DAVID E. O'MEILIA
United States Attorney

*/s/ Phil Pinnell*

PHIL PINNELL, OBA #7169
Assistant United States Attorney
333 West 4th Street Ste 3460
Tulsa, Oklahoma 74103
(918) 581-7463

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 15th day of April, 2002, a true and correct copy of the foregoing was mailed, postage prepaid thereon, to:

Lance David Smith
PO BOX 164
WYNONA, OK 74084

*/s/ Tiffany Harper*
Tiffany Harper
Financial Litigation Agent

